848

No. 11–10542. MANGINO v. CAMERON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–10543. BOTELLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10544. BARNEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10545. WARE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10546. YELLOWBEAR v. WYOMING. Dist. Ct. Wyo., Hot Springs County. Certiorari denied.

No. 11–10547. REYNOSO AVALOS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10548. BERTANELLI v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10549. LARSON v. GLEBE, SUPERINTENDENT, STAFFORD CREEK CORRECTIONS CENTER. C. A. 9th Cir. Certiorari denied.

No. 11–10550. MOLINA-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10551. ORTIZ-VARELA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10552. MELENDEZ-BAEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10553. KENDRICK v. MCLAREN ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–10554. PRESLEY v. SUPREME COURT OF MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–10556. ROE v. COURSEY, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.